# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# CENTRAL DIVISION

Roberto A. Lange United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SAC | Court Reporter – Cheryl Hook |
| Courtroom - PR #1 | Date – September 6, 2017 |

CR 16-30098

| | |
|---|---|
| UNITED STATES OF AMERICA | Jay P. Miller |
| Plaintiff, | |
| vs. | |
| LASHAY SHIELDS | Edward G. Albright |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 9:00 a.m.

TIME:
9:07 a.m.  Enter Court Trial before the Honorable Roberto A. Lange, Judge, presiding.

Albert Little Elk sworn as a witness on behalf of the government.

Cross examination.

Daytona Long is sworn as a witness on behalf of the government.

Joshua Fresquez is sworn as a witness on behalf of the government.

Joshua Prue is sworn as a witness on behalf of the government.

The government rests.

Mr. Albright makes a motion for judgment of acquittal on behalf of the defendant.

The Court denies the motion.

The defense rests.

Mr. Miller makes closing arguments on behalf of the government.

CR 16-30098 Date – September 6, 2017
Page - 2

Mr. Albright makes closing arguments on behalf of the defendant.

The Court announces its Findings of Fact and Conclusions of Law and finds the defendant not guilty only by reason of insanity on all counts of the Indictment.

The Court will issue an Order for a psychological evaluation.

10:27 a.m. Court adjourned.