# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# CENTRAL DIVISION

Roberto A. Lange United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SAC | Court Reporter – Leslie Hicks |
| Courtroom - PR #1 | Date – December 13, 2017 |
| U.S. Probation Officer – Melisa Forest | |

3:16-cr-30098-01

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>LASHAY SHIELDS<br><br>Defendant. | Jay P. Miller<br><br><br><br><br>Edward G. Albright |

TIME HEARING SCHEDULED TO BEGIN: 11:00 a.m.

TIME:
11:06 a.m.  Enter Status Conference before the Honorable Roberto A. Lange, Judge, presiding.

The Court makes comments as to the status of the case and documents the Court has reviewed.

Mr. Miller stipulates to the evaluation being received as evidence and recommends the defendant be conditionally released and presents arguments in support thereof on behalf of the government.

Mr. Albright agrees with the stipulation being received as evidence and requests the defendant be outright released and not on a conditional release and makes arguments in support thereof on behalf of the defendant.

The Court will issue a written Order for release as stated by the Court on the record.

11:24 a.m.  Court adjourned