UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LASHAY SHIELDS,<br><br>Defendant. | 3:16-cr-30098-01<br><br>ORDER FOR DISPOSITION<br>OF EXHIBITS |

Upon good cause appearing, it is hereby

ORDERED that the clerk shall return to government counsel exhibits 1-12 and 1 received into evidence during the [45] Court Trial held on September 6, 2017, and [49] Status Conference held on December 13, 2017, in the above captioned case.

IT IS FURTHER ORDERED that counsel shall contact the clerk's office to make arrangements to either collect exhibits or instruct the clerk's office to destroy them. If you do not respond within thirty (30) calendar days from the date of this Order, your exhibits will automatically be destroyed.

Dated this 9th day of March, 2020

BY THE COURT:

Roberto A. Lange
Chief Judge